IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **LAKESHIA RASHAWN EDMOND,** *et. al.*, § § § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:25-cv-01121-O-BP |
| § | |
| **NOKIA INC,** *et al.*, § § | |
| Defendants. § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The Chief District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned Chief District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Edmond is **DENIED** leave to file this suit and that the Clerk is **DIRECTED** to **STRIKE** Edmond's complaint from the record and **ADMINISTRATIVELY CLOSE** this case. Additionally, the Clerk is **DIRECTED** not to accept for filing any additional civil actions from Edmond—whether filed in or transferred to this Court—without a motion seeking permission to file the case and payment of Edmond's outstanding balance of monetary sanctions. It is further **ORDERED** that Edmond **SHALL PAY** a monetary sanction to the Court arising from this case in the amount of $250.00.

**SO ORDERED** on this **12th day** of **November, 2025.**

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**